STATE OF NEW JERSEY v. NORMAN BROOKS.

July 2, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. REUBEN C. WHISENANT.

July 2, 1982.

Petition for certification denied.

K & B EXPRESS, INC. v. NORTHWESTERN NATIONAL
INSURANCE COMPANY.

July 2, 1982.

Petition for certification granted.

K & B EXPRESS, INC. v. NORTHWESTERN NATIONAL
INSURANCE COMPANY.

July 2, 1982.

Cross-petition for certification denied.